NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED TECHNOLOGIES CORPORATION,**
*Appellant*

**v.**

**GENERAL ELECTRIC COMPANY,**
*Appellee*

---

2017-2537

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00524.

---

**JUDGMENT**

---

PATRICK JOSEPH COYNE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by MICHAEL ANDREW HOLTMAN, SYDNEY KESTLE, JEFFREY CURTISS TOTTEN; BENJAMIN AARON SAIDMAN, Atlanta, GA.

ANISH R. DESAI, Weil, Gotshal & Manges LLP, New York, NY, argued for appellee. Also represented by BRIAN E. FERGUSON, STEPHEN BOSCO, CHRISTOPHER PEPE, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court